**SO ORDERED.**

TIFFANY & BOSCO
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Dated: October 21, 2009



_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-21760/0155817398

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Susan Marie Hartzler<br>      Debtors.<br>_____<br>Wells Fargo Bank, N.A.<br>      Movant,<br>  vs.<br><br>Susan Marie Hartzler, Debtors; Maureen Gaughan, Trustee.<br><br>      Respondents. | No. 2:09-bk-19068-CGC<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket # 9) |

This matter having come before the Court for a Preliminary Hearing on October 15, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor appearing by and through their counsel, Haines Meyer, and good cause appearing,

**IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain real property which is subject of a Deed of Trust dated October 19, 2006, and recorded on October 24,

2006 in Instrument No. 20061400244, in the office of the Maricopa County Recorder at wherein Wells Fargo Bank, N.A. is the current beneficiary and Susan Marie Hartzler have an interest in, further described as:

    Lot 156, MOUNTAIN PARK RANCH UNIT 17, according to Book 300 of Maps, Page 30, records of Maricopa County, Arizona

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and **effective November 16, 2009** in the event the Debtor converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT